**Motion to remove Kristi Noem as the Secretary of Homeland Security,
Request of the compensatory fees for Uranus (Wang Xin)**

### United States District of Columbia, District of Columbia

**Plaintiff**    Uranus Wang (Wang Xin)

**Defendant**   Kristi Noem, Secretary of Homeland Security

Case: 1:26–cv–00663
Assigned To : Unassigned
Assign. Date : 2/20/2026
Description: Pro Se Gen. Civ. (F–DECK)

### Event-1.  Description

a. Noem's IHL Shot at the innocent US Citizens, results in the death of citizens directly.

b. Innocent citizens without any weapons were slaughtered on the street, with the video records, and the witness accounts, under the Federal Judge's Order to Cease, Noem continued to execute the massacre.

c. Noem embezzled gov's funds to its personal account, with the corruption of 200 million dollars.

### Motion of the Removal

Remove Kristi Noem as the Secretary of Homeland Security, the guilty of embezzlement, the guilty of murder, crime of abuse of authority.



**RECEIVED**

FEB 20 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**Event 2. Description**

On Nov.25th,2025, Uranus Wang (Wang Xin) submitted its immigration case to the USCIS,

following the immigration laws.

Payment was cashed, sufficient evidence was submitted,

1. Sufficient evidence was submitted, following the rules of immigration for extraordinary talents.

2. No receipt number (case number) arrived at the Uranus; No record can be tracked for this case; No reasonable, legal results for this immigration process.

Noem at its Department of Homeland Secretary created huge losses to Uranus, the plaintiff, in time, money, and health.

**Request of the Compensatory Fees**

Request Kristi Noem and its Department to make a compensatory Payment to the plaintiff, Wang Xin, a total of $50,000.

Signature:  Uranus Wang (Wang Xin)

*Uranus Wang*

(+86) 186-1235-8900; (+1)585-714-2218

**Details, Evidence are listed as below,**



a. Immigration form was submitted to Noem's USCIS with the evidence.



b. Payment was cashed.



c.  No receipt Number as it acclaimed.  No track, No reason to be explained.

## * Criteria for Demonstrating Extraordinary Ability

In order to demonstrate you have sustained national or international acclaim and that your achievements have been recognized in your field of expertise, you must either include evidence of a one-time achievement (major internationally-recognized award) or 3 of the 10 listed criteria below (or comparable evidence if any of the criteria do not readily apply):

- Evidence of receipt of lesser nationally or internationally recognized prizes or awards for excellence
- Evidence of your membership in associations in the field which demand outstanding achievement of their members
- Evidence of published material about you in professional or major trade publications or other major media
- Evidence that you have been asked to judge the work of others, either individually or on a panel
- Evidence of your original scientific, scholarly, artistic, athletic, or business-related contributions of major significance to the field
- Evidence of your authorship of scholarly articles in professional or major trade publications or other major media
- Evidence that your work has been displayed at artistic exhibitions or showcases
- Evidence of your performance of a leading or critical role in distinguished organizations
- Evidence that you command a high salary or other significantly high remuneration in relation to others in the field
- Evidence of your commercial successes in the performing arts

.



d. Documents uploaded to the USCIS, following the rules.